

NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:07 CV 001696 OWW DLB PC

MICHAEL AARON JAYNE
(Name of Plaintiff)

SHASTA COUNTY JAIL
(Address of Plaintiff)

1655 West St

Redding, Ca 96001

vs.

(Case Number)

COMPLAINT DEMAND FOR JURY TRIAL

CDCR Warden John Doe of SATF, C.D.C.R DR. BHATT, MTA CD.C.R John Doe, C.D.C.R MTA John Doe, MTA Jane Doe, C.D.C.R R.N John Doe, C.D.C.R R.N Jane Doe, Dr. Salisberry ENT Specialist in Delano for C.D.C.R

(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☑ Yes ☐ No

    B. If your answer to A is yes, how many?: ____7____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff  Michael Aaron Jayne

        Defendants  Sheriff Jim Pope et.al

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983            Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

   U.S District Court Eastern District in Sacramento

3. Docket Number   CIV-S-02-0418 WBS JFM

4. Name of judge to whom case was assigned   William B Shubb

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Jury trial case closed

6. Approximate date of filing lawsuit   March 2002

7. Approximate date of disposition   March 2005

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☑ Yes   ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?   ☑ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant   John Doe   is employed as   Warden of SATF state Prison   at   Corcoran, California

   B. Additional defendants   C.D.C.R Doctor BHATT @ Corcoran California, MTA John Doe, MTA John Doe, MTA Jane Doe, C.D.C.R R.N John Doe, R.N Jone Doe, Dr. Salisberry ENT contract Dr for C.D.C.R in Dolano California. All Defendants are employees at substance Abuse Treatment facility @ Corcoran California

7

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Approximately in July summer of 2006 The Plaintiff Michael Aaron Jayne was a inmate at SATF state prison in Corcoran California. He was taking to have a tonsilectomy, have his tonsils removed in Delano California. Dr. Salisberry E.N.T physician peformed the surgery. Dr. Salisberry ordered that the Plaintiff be admitted to Corcoran Hospital or SATF's CTC medical center for 3 Days for post op. The Plaintiff was forced back out into the General population a SATF E yard with his tonsils bleeding and swollen.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

That each defendant pay the Plaintiff a total of 200,000.00 for his extreme suffering upon coming back from surgery with no medication or being put into a medical post-op facility with a total of 200,000.00 dollars for suffering.

Signed this 18 day of November, 2007.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

18 November 2007              _____
(Date)                        (Signature of Plaintiff)

8

Statement of Claim — (1)

The Plaintiff that night was giving a vicodin for his pain and told to "go back to his cell The day of his surgery. He complained to C.D.C.R with John Doe & R.N John Doe who said "get back to your cell". Upon being at his cell The Plaintiff could not swallow the pill so he placed it on his locker, when medical staff finally where called to his cell he said he could not swallow at all. The medical staff said "are you trying to hide this vicodin". The plaintiff said he wasn't and needs to go to the hospital. During the course of the next 6 days the Plaintiff was giving no pain medication or antibotics for his throat, he was not giving a soft meal Diet, he complained to every medical staff employee working on E-yard directly after the surgery. Michael Aaron Jayne suffered extreme pain & torture by the hands of SATF medical staff at Corcoran for there failure to provide medical treatment directly after his surgery. They failed to house him in SATF's CTC medical wing and placed him back in the General population. The medical staff acted with deliberate Indifference to Mr. Jayne's medical needs. He filed a complaint against Dr. Bhatt with the medical Board of California and exhausted 602 remidies. He will name the Defendants


(2)

during discovery. The Plaintiff was not able to eat for the whole following week since his throat was swollen shut. Every day he would contact the MTA & R.N on duty complaining about the agony he was going through with it being painful just to talk. Further 2 months prior to the surgery MTA SHAW threw the Plaintiff's orthopedic shoes away saying "They were contraband & not medical shoes" since the Plaintiff has a medical chrono for soft shoes due to a foot condition. The Plaintiff went 6 months without his shoes until his release. SATF medical staff tortured Plaintiff and caused him extreme pain, agony, discomfort.